IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.　　　　　　　　　　　　　　　　**Civil Action No.:   05-1778**

ROMAIN'S TABLE, INC.
d/b/a ROMAIN'S TABLE/THE DINER

    Defendant

_____/

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Russell Holt, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiff, which may have any outstanding securities in the hands of the public:

**LIST:**　　　None

This representation is made in order that judges of this Court may determine the need for recusal.

  /s/Joel R. Zuckerman_____　　　　　　　　　　September 15, 2005
Joel R. Zuckerman, Esquire　　　　　　　　　　Date
District of Columbia Attorney No.: 480152
Schwartz Zweben & Slingbaum, LLP
51 Monroe Street, Suite 812
Rockville, MD 20850
Telephone:  (301) 294-6868
Facsimile:   (301) 294-6480