# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:05CV01778

Plaintiff:
**Russell Holt**

vs.

Defendant:
**Romain's Table, Inc. dba Romain's Table/The Diner**

Received by ESQ Process Servers to be served on **ROMAIN'S TABLE INC. dba Romain's Table/The Diner, 2453 18th Street, N.W., Washington, DC 20009**.

I, Scott Tilles, being duly sworn, depose and say that on the **6th day of October, 2005** at **1:10 pm, I:**

SERVED a true copy of the **Summons in a Civil Case, and Complaint** to LINDA E. BONNER (OFFICE MANAGER), who stated that they were authorized to accept Service of Process.

**Additional Information pertaining to this Service:**
Served at Joseph, McDermott & Reiner, PC, 1050 17th Street, NW., Suite 700, Washington, DC 20036

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.



Subscribed and Sworn to before me on the 13th day of October, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires January 1, 2007

Scott Tilles
Process Server

**ESQ Process Servers**
51 Monroe Street
Suite 708
Rockville, MD 20850
(301) 762-1350
Our Job Serial Number: 2005011440
Ref: Russell Holt