IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL HOLT** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**ROMAIN'S TABLE, INC.** )<br>  **d/b/a ROMAIN'S TABLE/THE DINER** )<br>)<br>Defendant. )<br>) | Case No. 1:05CV01778 |

### STIPULATION AND ORDER

Plaintiff and Defendant by and through their respective counsel, stipulate and agree as follows:

1.  Defendant, Romain's Table, Inc. d/b/a Romain's Table/The Diner shall have to and including December 15, 2005 to file its response to Plaintiff Russell Holt's complaint.

| | |
|---|---|
| SCHWARTZ ZWEBEN &<br> SLINGBAUM, LLP | SHULMAN, ROGERS, GANDAL,<br> PORDY & ECKER, P.A. |
| By: /s/<br>Joel Zuckerman<br>51 Monroe Street<br>Suite 812<br>Rockville, Maryland 20850<br>(301) 294-6868<br>Counsel for Plaintiff | By: /s/<br>Sandy D. Baron<br>Meredith S. Abrams<br>11921 Rockville Pike, Third Floor<br>Rockville, Maryland 20852<br>(301) 230-5200<br>Counsel for Defendant |

**It is so Ordered:**

_____
Judge, United States District Court
 for the District of Columbia