IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL HOLT** )  )  Plaintiff, )  )  v. )  )  **ROMAIN'S TABLE, INC.** )    d/b/a **ROMAIN'S TABLE/THE DINER** )  )  Defendant. ) | Case No. 1:05CV01778 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Sandy David Baron, Meredith Sarah Abrams and the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A. as attorneys for the Defendant, Romain's Table, Inc. d/b/a Romain's Table/The Diner.

Respectfully Submitted,

SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.


By:       /s/
Sandy D. Baron
Meredith S. Abrams
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
(301) 230-5200
Counsel for Defendant