## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL HOLT,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**ROMAIN'S TABLE, INC.,** )<br>)<br>    **Defendant.** ) | Civil Action No. 05-1778 (JGP) |

### ORDER

Upon consideration of the parties' stipulation [4] of extension of time, it is hereby

**ORDERED** that Defendant shall respond to the complaint on or before December 15, 2005.

**DATE: November 3, 2005**               **JOHN GARRETT PENN**
                                         **United States District Judge**