IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RUSSELL HOLT** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:05CV01778 |
| ) | |
| **ROMAIN'S TABLE, INC.** ) | |
| d/b/a **ROMAIN'S TABLE/THE DINER** ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO EXTEND TIME**

The parties, plaintiff Russell Holt and defendant Romain's Table, Inc. d/b/a Romain's Table/The Diner, by and through undersigned counsel, respectfully request that this Court allow the defendant to have up to and including February 1, 2006 to file its response to plaintiff's complaint. The reasons for the requested extension are as follows:

1. The parties have been and are continuing to work to resolve this matter.

2. A report prepared by plaintiff's expert concerning the alleged violations addressed in plaintiff's complaint was served by plaintiff on December 1, 2005.

3. The upcoming holiday season likely will delay the parties' settlement discussions.

…
…

4. Neither party will be adversely effected by this extension of time.

Respectfully submitted,

| SCHWARTZ ZWEBEN & SLINGBAUM, LLP | SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A. |
|---|---|
| By: /s/ | By: /s/ |
| Joel Zuckerman | Sandy D. Baron |
| 51 Monroe Street | Meredith S. Abrams |
| Suite 812 | 11921 Rockville Pike, Third Floor |
| Rockville, Maryland 20850 | Rockville, Maryland 20852 |
| (301) 294-6868 | (301) 230-5200 |
| Counsel for Plaintiff | Counsel for Defendant |

Dated: December 12, 2005

**It is so Ordered:**

_____
Judge, United States District Court
 for the District of Columbia