## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL HOLT,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | Civil Action No. 05-1778 (JGP) |
| ) | |
| **ROMAIN'S TABLE, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

### ORDER

Upon consideration of the parties' Consent Motion To Extend Time [7], it is hereby

**ORDERED** that Defendant shall respond to the complaint on or before February 1, 2006.

**DATE: December 13, 2005**                                       **JOHN GARRETT PENN**
                                                                                           **United States District Judge**