IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL HOLT**     )<br>                      )<br>    Plaintiff      )<br>                      )<br>    v.                )<br>                      )<br>**ROMAIN'S TABLE, INC.**  )<br>  d/b/a **ROMAIN'S TABLE/THE DINER**  )<br>                      )<br>    Defendant.        )<br>                      ) | Case No. 1:05CV01778 |

## SECOND CONSENT MOTION TO EXTEND TIME

The parties, plaintiff Russell Holt and defendant Romain's Table, Inc. d/b/a Romain's Table/The Diner, by and through undersigned counsel, respectfully request that the Court allow the defendant to have up to and including March 15, 2006 to file its response to plaintiff's complaint. The reasons for the requested extension are as follows:

1. The parties have been and are continuing to work to resolve this matter.

2. Neither party will be adversely effected by this extension of time.

Respectfully submitted,

SCHWARTZ ZWEBEN &                SHULMAN, ROGERS, GANDAL,
 SLINGBAUM, LLP                   PORDY & ECKER, P.A.


By:_____/s/_____       By:_____/s/_____
Joel Zuckerman                   Sandy D. Baron

51 Monroe Street                      Meredith S. Abrams
Suite 812                                11921 Rockville Pike, Third Floor
Rockville, Maryland 20850      Rockville, Maryland 20852
(301) 294-6868                    (301) 230-5200
Counsel for Plaintiff             Counsel for Defendant

Dated: January 26, 2006

**It is so Ordered:**

_____
Judge, United States District Court
 for the District of Columbia