*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **RUSSELL HOLT,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1778 (JGP) |
| ) | |
| **ROMAIN'S TABLE, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

**ORDER**

Upon consideration of the parties' Consent Motion To Extend Time [9], it is hereby

**ORDERED** that the motion is **GRANTED**. Defendant shall respond to the complaint on or before March 15, 2006.

**DATE: January 26, 2006**　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**