IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RUSSELL HOLT**    )<br>                            )<br>        Plaintiff,    )<br>                            )<br>    v.                 )<br>                            )<br>**ROMAIN'S TABLE, INC.**    )<br>  d/b/a **ROMAIN'S TABLE/THE DINER**    )<br>                            )<br>        Defendant.    )<br>                            ) | Case No. 1:05CV01778 |

**THIRD CONSENT MOTION TO EXTEND TIME**

The parties, plaintiff Russell Holt and defendant Romain's Table, Inc. d/b/a Romain's Table/The Diner, by and through undersigned counsel, respectfully request that the Court allow the defendant to have up to and including May 1, 2006 to file its response to plaintiff's complaint. The reasons for the requested extension are as follows:

1. The parties have been and are continuing to work to resolve this matter.

2. Neither party will be adversely effected by this extension of time.

Respectfully submitted,

| | |
|---|---|
| SCHWARTZ ZWEBEN &<br>  SLINGBAUM, LLP | SHULMAN, ROGERS, GANDAL,<br>  PORDY & ECKER, P.A. |
| By:_____/s/_____<br>Joel Zuckerman<br>51 Monroe Street<br>Suite 812 | By:_____/s/_____<br>Sandy D. Baron<br>Meredith S. Abrams<br>11921 Rockville Pike, Third Floor |

Rockville, Maryland 20850          Rockville, Maryland 20852
(301) 294-6868                     (301) 230-5200
Counsel for Plaintiff              Counsel for Defendant

Dated: March 7, 2006

**It is so Ordered:**

_____
Judge, United States District Court
 for the District of Columbia