IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL HOLT**          )<br>                                          )<br>       Plaintiff,                )<br>                                          )<br>       v.                              )<br>                                          )<br>**ROMAIN'S TABLE, INC.**  )<br>  d/b/a ROMAIN'S TABLE/THE DINER  )<br>                                          )<br>       Defendant.           )<br>                                          ) | Case No. 1:05CV01778 |

## FOURTH CONSENT MOTION TO EXTEND TIME

The parties, plaintiff Russell Holt and defendant Romain's Table, Inc. d/b/a Romain's Table/The Diner, by and through undersigned counsel, respectfully request that the Court allow the defendant to have up to and including June 15, 2006 to file its response to plaintiff's complaint. The reasons for the requested extension are as follows:

1. The parties have been and are continuing to work to resolve this matter. The parties have reached tentative agreement on most of the issues and are optimistic that they will be able to resolve this matter in its entirety within the time requested.

2. Neither party will be adversely effected by this extension of time.

Respectfully submitted,

SCHWARTZ ZWEBEN &                         SHULMAN, ROGERS, GANDAL,
 SLINGBAUM, LLP                                      PORDY & ECKER, P.A.


By:_____/s/_____           By:_____/s/_____
Joel Zuckerman                                       Sandy D. Baron
51 Monroe Street                                    Meredith S. Abrams
Suite 812                                                  11921 Rockville Pike, Third Floor

Rockville, Maryland 20850  Rockville, Maryland 20852
(301) 294-6868  (301) 230-5200
Counsel for Plaintiff  Counsel for Defendant

Dated: April 26, 2006

**It is so Ordered:**

_____
Judge, United States District Court
 for the District of Columbia