# SHULMAN ROGERS GANDAL PORDY & ECKER, P.A.

| | | | | |
|---|---|---|---|---|
| Lawrence A. Shulman | Jay M. Eisenberg+ | Karl W. Means | André L. Brady | *Of Counsel* |
| Donald R. Rogers | Douglas K. Hirsch | Michelle R. Curtis• | Melissa G. Bernstein | Larry N. Gandal |
| David A. Pordy+ | Ross D. Cooper | Mimi L. Magyar | Patricia Teck | Jeffrey A. Shane |
| David D. Freishtat | Glenn C. Etelson | Glenn W.D. Golding+ | Jacob A. Ginsberg | Richard P. Meyer° |
| Martin P. Schaffer | Karl J. Protil, Jr.+ | Michael J. Lichtenstein | John D. Sadler | Larry A. Gordon• |
| Christopher C. Roberts | Timothy Dugan+ | Bruce A. Henoch | Marc E. Pasekoff | David E. Weisman |
| Edward M. Hanson, Jr. | Kim Viti Fiorentino | Jeremy W. Schulman | Erin J. Ashbarry | Lawrence Eisenberg |
| David M. Kochanski | Sean P. Sherman+ | William F. Askinazi | Alexis H. Peters• | Deborah L. Moran |
| Robert B. Canter | Gregory D. Grant+ | Matthew M. Moore+ | Meredith S. Abrams | Scott D. Field |
| Daniel S. Krakower | Jacob S. Frenkel• | Jeannie Eun Cho | John D. Adams | |
| Kevin P. Kennedy | William C. Davis, III | Debra S. Friedman• | Kristen Munger• | *Special Counsel* |
| Nancy P. Regelin | Rebecca Oshoway | Eric J. von Vorys | Leslie E. Gallagher• | Philip R. Hochberg° |
| Samuel M. Spiritos+ | Alan B. Sternstein | Gary I. Horowitz | Michael T. Ebaugh | |
| Martin Levine | Michael J. Froehlich | Heather L. Howard+ | Anne Marie Vassallo• | *Retired* |
| Worthington H. Talcott, Jr.+ | Sandy David Baron | Stephen A. Metz | Matthew D. Alegi• | Karl L. Ecker |
| Fred S. Sommer | Christine M. Sorge | Hong Suk "Paul" Chung | Joann J. Wang•+ | |
| Morton A. Faller | Michael L. Kabik | Patrick J. Howley | Christopher W. Poverman | |
| Alan S. Tilles | Jeffrey W. Rubin | Carmen J. Morgan• | Chanoch D. Kanovsky | *Maryland and D.C. except as noted:* |
| James M. Hoffman | Simon M. Nadler | Kristin E. Draper• | Thomas A. Gravely | + Virginia also    ° D.C. only |
| Michael V. Nakamura | Scott D. Museles | Heather L. Spurrier• | Rebekah L. Bina° | • Maryland only |

Writer's Direct Dial Number:

(301) 255-0550
mcampbell@srgpe.com

June 20, 2006

*Via ECF*

The Honorable John Garrett Penn
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001

> Re:    *Holt v. Romain's Table Inc.*, **Civil Action No. 05-CV-1778**

Dear Judge Penn:

We write to inform the Court that the parties have resolved this matter in its entirety and anticipate filing a stipulated dismissal with prejudice on or before June 27, 2006.

Respectfully submitted,

_____/s/_____
Shulman Rogers Gandal Pordy & Ecker, P.A.
  Sandy D. Baron
  Meredith S. Campbell (formerly Abrams)
Counsel for Defendant
  Romain's Table, Inc.

cc:    Schwartz Zweben & Slingbaum LLP
       Gregory E. Schwartz
    Counsel for Plaintiff
      Russell Holt