IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                   )
**RUSSELL HOLT**                                       )
                                                                   )
            Plaintiff,                                        )
                                                                   )
    v.                                                            )    Case No. 1:05CV01778
                                                                   )
**ROMAIN'S TABLE, INC.**                         )
  d/b/a ROMAIN'S TABLE/THE DINER   )
                                                                   )
            Defendant.                                     )
_____)


**STIPULATION AND ORDER**

The parties by and through their counsel stipulate and agree to the following:

1. Plaintiff's complaint is hereby dismissed with prejudice with all parties to bear their own costs (including expert's fees and costs) and attorney's fees.

                                                                Respectfully submitted,


By:  _____/s/_____                    By:_____/s/_____
Sandy David Baron                                        Gregory E. Schwarts
Meredith S. Abrams                                      Schwartz Zweben & Associates, LLP
Shulman, Rogers, Gandal,                            51 Monroe Street, Suire 812
  Pordy & Ecker, P.A.                                    Rockville, Maryland 20850
11921 Rockville Pike, Third Floor                (301) 294-6868
Rockville, Maryland  20852                         *Attorneys for Plaintiff*
(301) 255-0547
*Attorneys for Defendant*

IT IS SO ORDERED:


_____
Judge, United States District Court
  for the District of Columbia