IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL HOLT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROMAIN'S TABLE, INC. )<br>d/b/a ROMAIN'S TABLE/THE DINER )<br>)<br>Defendant. )<br>) | Case No. 1:05CV01778<br><br>**FILED**<br><br>JUL 0 6 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## STIPULATION AND ORDER

The parties by and through their counsel stipulate and agree to the following:

1. Plaintiff's complaint is hereby dismissed with prejudice with all parties to bear their own costs (including expert's fees and costs) and attorney's fees.

                                              Respectfully submitted,

By: _____/s/_____  
Sandy David Baron  
Meredith S. Abrams  
Shulman, Rogers, Gandal,  
   Pordy & Ecker, P.A.  
11921 Rockville Pike, Third Floor  
Rockville, Maryland 20852  
(301) 255-0547  
*Attorneys for Defendant*

By: _____/s/_____  
Gregory E. Schwarts  
Schwartz Zweben & Associates, LLP  
51 Monroe Street, Suire 812  
Rockville, Maryland 20850  
(301) 294-6868  
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____  
Judge, United States District Court  
for the District of Columbia